FILED

JUL 2 7 2004

LARRY W. PROPES, CLERK
COLUMBIA, SC

STATE OF SOUTH CAROLINA    )    IN THE COURT OF COMMON PLEAS
                           )
COUNTY OF ALLENDALE        )    Civil Action No:  04-CP-03-109
                           )
                           )    1:04- 1560-27
Jason Carter,              )
                           )
                Plaintiff, )    **STIPULATION NOT TO COLLECT**
                           )    **MORE THAN $75,000.00**
        v.                 )
                           )
BASF,                      )
                           )
              Defendant.   )
_____)

TO:    FRANKLIN H. TURNER III, ESQ., ATTORNEY FOR DEFENDANT:

The plaintiff hereby stipulates that he will not collect nor attempt to collect more than seventy five thousand and 00/100 ($75,000.00) Dollars and as such his damages are thereby limited to a maximum amount of seventy five thousand and 00/100 ($75,000.00) Dollars. The purpose of this stipulation is to avoid diversity jurisdiction.

PETERS, MURDAUGH, PARKER, ELTZROTH & DETRICK, P.A.

By: _____
    Mark D. Ball
    P.O. Box 457
    Hampton, S.C. 29924
    (803) 943-2111

*Attorneys for Plaintiff Jason Carter*

Hampton, South Carolina

June 6 , 2004



## CERTIFICATE OF SERVICE

I, the undersigned employee for Haynsworth Sinkler & Boyd, P.A., do hereby certify that

I have caused the enclosed document(s) to be served on the attorney for the other parties thereof

by first class mail, postage prepaid, at the address(es) shown below.

*Louisa H. Gantt*
Louisa H. Gantt

**Date:**          **July 26, 2004**

**Document(s):**     **Stipulation Not to Collect More Than $75,000**

**By Mail:**       Mark D. Ball, Esquire
Peters, Murdaugh, Parker, Eltzroth & Detrick, P.A.
PO Box 457
Hampton, SC  29924
*Attorneys for Plaintiffs*

I:\Litigate\16125\16\Pleadings\CERTSERV LHG 4.doc  7/26/2004 10:57 AM