**FILED**

SEP 1 4 2004

LARRY W. PROPES, CLERK
COLUMBIA, SC

**ENTERED**

SEP 1 5 2004

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

AIKEN DIVISION

Jason Carter,                     )    Civil Action No. 1:04-1560-27
                                  )
      Plaintiff,                 )
                                  )
v.                                )    **CONSENT ORDER REMANDING**
                                  )    **ACTION TO STATE COURT**
BASF,                             )
                                  )
      Defendant.                 )

It appearing that the parties seek to have the above-captioned matter remanded to the Court of Common Pleas for South Carolina, County of Allendale; and,

It appearing further that plaintiff's claims are for less than the $75,000.00 minimum amount in controversy required for federal court diversity jurisdiction; and,

It appearing further that plaintiff has stipulated, by stipulation dated June 6, 2004, to limit his damages to a maximum amount of $75,000.00, (a copy of plaintiff's Stipulation not to Collect more than $75,000.00 is attached hereto as Exhibit A);

THEREFORE, with the consent of both plaintiff and defendant;

IT IS ORDERED that this matter be remanded to the South Carolina Court of Common Pleas, Allendale County.

IT IS SO ORDERED.

R. Bryan Harwell
United States District Judge

Sept 13, 2004
Columbia, South Carolina



| | |
|---|---|
| WE SO MOVE: | WE CONSENT |
| HAYNSWORTH SINKLER BOYD, P. A. | PETERS, MURDAUGH, PARKER, ELTZROTH & DETRICK, P.A. |
| By: _____ Franklin H. Turner, III | By: _____ Mark D. Ball |
| 1201 Main Street, Suite 2200 Post Office Box 11889 Columbia, SC 29211 | Post Office Box 457 Hampton, SC 29924 |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |

I:\LITIGATE\16125\16\Pleadings\Consent Order to Remand.doc  7/26/2004 1:24 PM